IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| vs. | * | CR. NO. 04-20183-3-D |
| | * | |
| JOSEPH COCHRAN | * | |

ORDER HOLDING DEFENDANT FOR REVOCATION HEARING

On January 25, 2008, *Joseph Cochran* appeared before me on a charge of violation of the terms and conditions of his probation/supervised release in this matter. At that time, the defendant was advised of his rights under FRCrP 5 and 32.1(a)(1) and counsel was appointed.

At this hearing, counsel indicated that a hearing would be waived. This matter is held to the United States District Court.

Accordingly, the defendant is held to a final revocation hearing before the United States District Judge *Bernice B. Donald*. It is presumed that the United States District Court will set this matter for a revocation hearing pursuant to FRCrP 32.1(a)(2), and will see that appropriate notices are given.

The defendant is hereby remanded to the custody of the United States Marshals.

IT IS SO ORDERED.

ENTERED this    25th    day of  January, 2008.

                                                   s/Diane K. Vescovo
                                                  Diane K. Vescovo
                                                  UNITED STATES MAGISTRATE JUDGE